■ In the Matter of EDWARD CALLAHAN, Petitioner, v BOARD OF EDUCATION OF THE PUTNAM VALLEY CENTRAL SCHOOL DISTRICT, Respondent. [699 NYS2d 314] —Proceeding pursuant to CPLR article 78 to review a determination of the Superintendent of Schools of the respondent, Board of Education of the Putnam Valley Central School District, dated March 27, 1998, which, after a hearing, found the petitioner guilty of incompetence and terminated his employment as a custodian.

Adjudged that the determination is confirmed and the

proceeding is dismissed on the merits, without costs or disbursements.

Contrary to the petitioner's contention, the determination of the Superintendent of Schools of the respondent, made after a hearing, to terminate his employment as a custodian is supported by substantial evidence (*see, Matter of Lahey v Kelly,* 71 NY2d 135; *Matter of Pell v Board of Educ.,* 34 NY2d 222; *Matter of Glinka v Town of Poughkeepsie,* 209 AD2d 773; *Matter of Romano v Town Bd.,* 200 AD2d 934).

The petitioner's remaining contentions are either unpreserved for review or without merit. Mangano, P. J., Ritter, Goldstein and H. Miller, JJ., concur.